NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1220

GLOBAL TRAFFIC TECHNOLOGIES, LLC,

Plaintiff-Appellee,

v.

TOMAR ELECTRONICS, INC.,

Defendant-Appellant.

Appeal from the United States District Court for the District of Minnesota
in case no. 05-CV-786, Chief Judge Michael J. Davis.

ON MOTION

O R D E R

Tomar Electronics, Inc. moves without opposition to dismiss its appeal due to settlement.[*]

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion is granted.

(2)    Each side shall bear its own costs.

FOR THE COURT

JUL 0 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    David J.F. Gross, Esq.
       Michael J. Schaengold, Esq.
s17

ISSUED AS A MANDATE:    JUL 0 9 2009  _____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 0 9 2009

JAN HORBALY
CLERK

---

[*]    Tomar requests that this dismissal be without prejudice; however, it is not the practice of this court to dismiss with or without prejudice.